ANTHONY GOLDSMITH, Esq (SBN 125621)
CELIA MCGUINNESS, Esq. (SBN 159420)
STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
TIMOTHY CLEVELAND

EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535 Fax
edgarcia@kuluvalaw.com

Attorneys for Defendant,
Mammoth Beers, LLC
(formerly Mammoth Beers, Inc.)
dba Mammoth Brewing Co.

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND | CASE NO.: 2:19-CV-00181-KJM-EFB |
| Plaintiff, | Civil Rights |
| v.<br>MAMMOTH BREWING COMPANY, A BUSINESS ENTITY OF UNKNOWN FORM, MAMMOTH BEERS, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 20, INCLSIVE. | **ORDER GRANTING CONSENT DECREE** |
| Defendants. | |

ORDER GRANTING CONSENT DECREE

# ORDER

Pursuant to the terms of the parties' stipulation, ECF No. 15, and for good cause shown, **IT IS SO ORDERED**.

DATED: August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING CONSENT DECREE