1  ANTHONY GOLDSMITH, Esq. (SBN 125621)
   STEVEN L. DERBY, Esq. (SBN 148372)
2  CELIA McGUINNESS, Esq. (SBN 159420)
   DERBY, McGUINNESS & GOLDSMITH, LLP
3  300 Lakeside Drive, Suite 1000
   Oakland, CA 94612
4  Telephone: (510) 987-8778
   Facsimile: (510) 359-4419
5  info@dmglawfirm.com

6  Attorneys for Plaintiff
   TIMOTHY CLEVELAND
7

8  EDWARD GARCIA, Bar No. 173487
   KULUVA, ARMIJO & GARCIA
9  One California Street, Suite 1150
   San Francisco, CA  94111
10 (415) 273-6500
   (415) 273-6535
11
   Attorneys for Defendant,
12 Mammoth Beers, LLC
   (formerly Mammoth Beers, Inc.)
13 dba Mammoth Brewing Co.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND<br><br>       Plaintiff,<br><br>       vs.<br><br>MAMMOTH BREWING COMPANY, A BUSINESS ENTITY OF UNKNOWN FORM, MAMMOTH BEERS, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 20, INCLUSIVE<br><br>       Defendant. | CASE NO. 2:19-CV-00181-KJM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE**<br><br>**Judge Kimberly J. Mueller** |

# ORDER

At request of Plaintiff, all claims against Defendants are dismissed with prejudice, subject to that certain Consent Decree as ordered by this court on August 5, 2019 (Dkt. 16), with each party to bear their own attorneys' fees, costs and litigation expenses. Case CLOSED.

**IT IS SO ORDERED.**

DATED: September 6, 2019.

_____
UNITED STATES DISTRICT JUDGE